# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John S. Fleming<br>　　　　　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　v.<br>John S. Fleming<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 13-17250 JKF |

## ORDER

AND NOW, this _____ day of _____, 2016 upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified as to MIDFIRST BANK and its successor in title ~~to proceed with the execution process through, among other remedies, but not limited to Sheriff's Sale~~ regarding the premises 2902 FELTON ST Philadelphia, PA 19142. ~~The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list