```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 13-17250-jkf
John S Fleming                                                          Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                 Page 1 of 2                  Date Rcvd: Aug 19, 2016
                              Form ID: pdf900             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db             +John S Fleming,    2902 S. Felton Street,    Philadelphia, PA 19142-3410
13129161       +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
13129163       +Media Members Federal,    800 River Rd,   Conshohocken, PA 19428-2632
13129168       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
13129171        Ophthalmic Partners of PA,    P.O. Box 95000-1995,    Philadelphia, PA 19195-1995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 20 2016 01:34:13      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2016 01:33:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2016 01:34:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13187670       +E-mail/Text: EBNProcessing@afni.com Aug 20 2016 01:33:55      Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
13129158       +E-mail/Text: EBNProcessing@afni.com Aug 20 2016 01:33:55      Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
13136203        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2016 01:37:18
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13129159       +E-mail/Text: banko@berkscredit.com Aug 20 2016 01:33:02      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13221085        E-mail/Text: bankruptcy@phila.gov Aug 20 2016 01:34:13      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13129160        E-mail/Text: memberarfinancialtransactions@express-scripts.com Aug 20 2016 01:33:05
                 Express Scripts,    P.O. Box 66580,   Saint Louis, MO 63166-6580
13129162       +E-mail/Text: bankruptcy@icsystem.com Aug 20 2016 01:34:36      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
13129167       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2016 01:33:48      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13129169       +E-mail/Text: mmrgbk@miramedrg.com Aug 20 2016 01:33:51      Miramedrg,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
13129170       +E-mail/Text: bankruptcydepartment@tsico.com Aug 20 2016 01:34:43      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13129172       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 20 2016 01:33:03      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13129164*      +Media Members Federal,    800 River Rd,   Conshohocken, PA 19428-2632
13129165*      +Media Members Federal,    800 River Rd,   Conshohocken, PA 19428-2632
13129166*      +Media Members Federal,    800 River Rd,   Conshohocken, PA 19428-2632
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Aug 19, 2016
                              Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor John S Fleming dmo160west@gmail.com, davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                                                              TOTAL: 5

Case 13-17250-jkf    Doc 57    Filed 08/21/16    Entered 08/22/16 01:19:48    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN S FLEMING　　　　　　　　　　Chapter 13

　　　　　　　　　Debtor　　　　　　　Bankruptcy No. 13-17250-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __18th__ day of __August__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

　　　　　　　　　　　　　　　　Jean K. FitzSimon
　　　　　　　　　　　　　　　　Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
JOHN S FLEMING

2902 S. FELTON STREET

PHILADELPHIA, PA 19142